IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Montgomery, Tianna M

Printed: 01/06/09

Case Number: 08 B 04301
Judge: Hollis, Pamela S
Filed: 2/26/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Ch 7 Conversion: December 31, 2008
Confirmed: June 9, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 800.00 |  |
| Secured: |  | 407.04 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 340.97 |
| Trustee Fee: |  | 51.99 |
| Other Funds: |  | 0.00 |
| Totals: | 800.00 | 800.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Nicole G Lawson | Administrative | 2,500.00 | 340.97 |
| 2. | American General Finance | Secured | 3,113.29 | 407.04 |
| 3. | Genesis Financial Services Corp | Unsecured | 22.93 | 0.00 |
| 4. | AmeriCash Loans, LLC | Unsecured | 88.40 | 0.00 |
| 5. | Portfolio Recovery Associates | Unsecured | 270.37 | 0.00 |
| 6. | Asset Acceptance | Unsecured | 36.76 | 0.00 |
| 7. | Devon Financial Services Inc | Unsecured | 92.57 | 0.00 |
| 8. | Premier Bankcard | Unsecured | 41.86 | 0.00 |
| 9. | American General Finance | Unsecured | 74.59 | 0.00 |
| 10. | Portfolio Recovery Associates | Unsecured | 54.52 | 0.00 |
| 11. | Cbe Group | Unsecured |  | No Claim Filed |
| 12. | AAC | Unsecured |  | No Claim Filed |
| 13. | American General Finance | Unsecured |  | No Claim Filed |
| 14. | Cash Call | Unsecured |  | No Claim Filed |
| 15. | Balaban Furniture Ltd | Unsecured |  | No Claim Filed |
| 16. | Check Into Cash | Unsecured |  | No Claim Filed |
| 17. | Check N Go | Unsecured |  | No Claim Filed |
| 18. | Credit Protection Association | Unsecured |  | No Claim Filed |
| 19. | Credit Protection Association | Unsecured |  | No Claim Filed |
| 20. | National Quick Cash | Unsecured |  | No Claim Filed |
| 21. | Peoples Energy Corp | Unsecured |  | No Claim Filed |
| 22. | West Asset Management | Unsecured |  | No Claim Filed |
| 23. | Portfolio Recovery Associates | Unsecured |  | No Claim Filed |
| | | | $ 6,295.29 | $ 748.01 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Montgomery, Tianna M

Printed: 01/06/09

Case Number:  08 B 04301
Judge:  Hollis, Pamela S
Filed:  2/26/08

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 51.99 |
|  | $ 51.99 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

